UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────x

PATRICK AUSTIN,                                    Civil Action No. 1:25-cv-7209

    Plaintiffs,

-against-

STELLAR WORKS USA, INC.                    **NOTICE OF VOLUNTARY**
And 304-306 CANAL STREET LLC,       **DISMISSAL WITHOUT**
                                                     **PREJUDUCE**

    Defendant.

───────────────────────────────x

Plaintiff Patrick Austin, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice against the above-captioned defendants.

Dated: September 10, 2025

By: _/s/ Gabriel Levy_

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

SO ORDERED.

September 11, 2025